THOMAS G. WALKER and Another, Respondents, v. ELLA A. PIXLEY, Appellant.— Judgment and order reversed and new trial granted in the County Court, with costs to the appellant to abide the event. Held, that in view of the holding and charge of the court that the claim for which the defendant is sought to be held liable was one for which she was not originally liable, it was error to permit the jury to find her liable upon the theory of an account stated. The naked promise to pay her husband's debt did not make her liable in the absence of any consideration therefor. (See *Callahan* v. *O'Rourke*, 17 App. Div. 277; *Bauer* v. *Ambs*, 144 id. 274; *Brauer* v. *Lawrence*, 165 id. 8.) All concurred.

MICHAEL GROSSER, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BURT L. GIDDINGS and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

MARION E. BENSON, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concurred.

PATRICK O'HORA, Appellant, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Waisikoski* v. *Philadelphia & Reading Coal & Iron Co.* (173 App. Div. 538). All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. GEORGE DOUGLASS and Others, as Assessors of the Town of Batavia, Appellants.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs. All concurred.

EDWARD B. HARVEY and Another, as Executors and Trustees, etc., Appellants, v. ALICE G. HICKMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to withdraw their demurrer within twenty days upon payment of the costs of the motion and of this appeal. All concurred.

HENRY DAHLER, an Infant, by PAULINE DAHLER, His Guardian ad Litem, Plaintiff, v. PENNSYLVANIA RAILROAD COMPANY, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

VINNIE F. BUELL, Respondent, v. LOUIS K. LIGGETT COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.